# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 764
:
ORDER AMENDING RULE 1140 : SUPREME COURT RULES
OF THE PENNSYLVANIA :
RULES OF JUVENILE COURT : DOCKET
PROCEDURE :
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2018, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 47 Pa.B. 7016 (November 18, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1140 of the Pennsylvania Rules of Juvenile Court Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on July 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.